UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br> MICHAEL L BLACKBURN <br><br> Debtor | CASE NO: 06-32126 <br> (Chapter 13) <br><br> JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 81 | FCNB MASTERTRUST <br> % SCOT MAYO <br> BOX 922968 <br> NORCROSS, GA  30010 | 30.47 |
| 8/ 59 | NATIONAL CITY BANK <br> BOX 500 <br> K A16 2J <br> PORTAGE, MI  49081 | 144.54 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service　　　06-32126

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHAEL L BLACKBURN
6154 S TECUMSEH ROAD
SPRINGFIELD, OH  45502

RICHARD P ARTHUR
1634 S SMITHVILLE RD
DAYTON, OH  45410

(81.1)
FCNB MASTERTRUST
% SCOT MAYO
BOX 922968
NORCROSS, GA  30010

(59.1)
NATIONAL CITY BANK
BOX 500
K A16 2J
PORTAGE, MI  49081

　　　　Jeffrey M. Kellner BY　　　___/s/ Jeffrey M. Kellner_____　　sv